FILED ___ ENTERED
___ LOGGED ___ RECEIVED

JAN 27 2015

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

VESTA R. WEST
3548 Oleander Terrace
Riviera Beach, Fl. 33404

    Plaintiff

    v.                                                     Civil Action No: GLR-15-cv-229

PEAK MANAGEMENT
1600 Cantwell Rd
Windsor Mill, Md., 21244

    Defendant

---

1. My name is Vesta R. West. I am a resident of the state of Florida. In July, 2014 I resided at 4 West Bend Ct., Apt., D, Baltimore, Md. My landlord was Peak Management, My complex was Tuscany Woods.

2. On July 30, 2014 at approximately 8 p.m. It came to my attention that someone had entered my apartment earlier that day. I was not immediately concerned because just the day before I had once again begun using my intrusion alarm. The leasing office gave me my code since it had been awhile and I had forgotten it. So, I figured they had entered while I was gone earlier that day.

3. What made me aware someone had entered was a lipstick stain on my dishwasher. I had earlier that week had a repair ticket on it, and I figured someone had come to recheck it. I do not wear makeup and had not in about five years.

4. The next morning I called the leasing office to inquire about it. I was told no one had entered. This made me suspicious as the stain was not on the appliance before the day of the 30th. I was not overly concerned and hung up thinking someone had entered, but since nothing was taken as far as I was concerned the matter was over and done.

5. Later that day day I was told by my nephew that my daughter called him asking about me. I brushed him off, since I was not speaking to her at the time. At approximate 5:50 p.m. My sister called and asked me if I was alright. I knew from her voice that she was referring to my mental state. I told her in no uncertain terms I was fine, and she need not worry about me. She then informed me that she heard my leasing office had been calling around about me.

6. I then realized that was why my daughter had called my nephew earlier. I called my daughter in Florida and she told me that they had called her telling her I was acting strange. That I kept saying I was moving and then change my mind. That I thought people were entering

my apartment. That I sat in the hallway. That I had no visitors, and my neighbors complained about me and that they were thinking of not renewing my lease.

7. I had reasons for the true statements, and others were flat out false, however, only one occurred that day, and that was the illegal entry. I then began to suspect that management had entered and knew they had done so illegally and were trying to make me appear like I was coming unhinged, rather than admit they had entered my apartment. So they used my known illness as a cover.

8. I found out later they had also called my sister (who was my emergency contact) and spoke with her husband who they did not know and was not my contact. My daughter was only a reference and not an emergency contact, since she lived out of state. If they had a valid concern, they should have spoke to my sister.

9. Peak management employees discriminated against me as a person in a protected class by treating me differently than anyone else who called regarding an illegal entry. They did not call the police or send maintenance or anyone to check out my complaint. Instead they called far and wide and spewed statements and made threats that can only be viewed as an attempt to make me appear crazy, and make me fearful of being evicted, if I pursued it further.
As a person in a protected class Peak Management was tasked to not discriminate or intimidate me. Their actions did the exact opposite. The actions they took that day would not have been taken against a person without mental illness.

10. I was discriminated against, and suffered damage to my emotional and mental health. For a period of about a week I was fearful of sleeping in my apartment, because I did not know if they would enter while I was asleep at night. I lost all trust in the employees. I had ten years without a relapse at that time, and took pride in that fact. Because of their actions I feel that no matter how long I stay healthy that I can become a victim of anyone who chooses to use my illness as a ruse for whatever their intentions. Where once I believed speaking freely of my illness to others was helpful to myself and those in my class, I now no longer speak openly about my illness, for fear it will be used against me.

11. I am asking the court to sanction Peak Management and find in my favor, and award damages as the court deems appropriate. This action is not about a break-in, or even if one took place. It is about the fact that Peak Management employees knowingly and willfully violated my rights and treated me differently than any other tenant, when I suspected a break-in and used my disability against me. I believe this action goes against the spirit of both The Fair Housing Act and The Americans With Disabilities act.

*Vesta R West*

Vesta R. West
3548 Oleander Terrace
Riviera Beach, Florida 33404
561-827-2004

*Jan. 24, 2014*
Date